RATKOSKY, APPELLEE, *v.* SCOTTSDALE SURPLUS LINES INSURANCE
COMPANY ET AL.; ALLSTATE INSURANCE COMPANY, APPELLANT.

[Cite as *Ratkosky v. Scottsdale Surplus Lines Ins.
Co.,* 103 Ohio St.3d 462, 2004-Ohio-5705.]

(No. 2003–1261—Submitted October 13, 2004—Decided November 10, 2004.)

{¶ 1} The judgment of the court of appeals is reversed on the authority of *Kyle v. Buckeye Union Ins. Co.*, 103 Ohio St.3d 170, 2004-Ohio-4885, 814 N.E.2d 1195.

MOYER, C.J., LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.

RESNICK, F.E. SWEENEY and PFEIFER, JJ., dissent.

Jeffries, Kube, Forrest & Monteleone Co., L.P.A., and Mark E. Barbour, for appellee.

Riteler, Coughlin & Swansinger, Ltd., Thomas M. Coughlin Jr., Timothy P. Whitford and Michael A. Paglia, for appellant.